IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATE LASSILA, | ) | 8:11cv159 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| CITY OF WAYNE, POLICE CHIEF, LANCE WEBSTER, | ) ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER came on to be heard upon the joint stipulation of the parties hereto that the above-captioned action be dismissed with prejudice to a new action, each party to pay their own costs, and complete record waived.

The court, being fully advised in the premises, finds that such an order should be entered.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice to a new action, each party to pay their own costs and complete record waived.

DATED this 16th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge

PREPARED AND SUBMITTED BY:

Craig F. Martin, #21812
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE  68114
(402) 397-7300 = Telephone
cmartin@ldmlaw.com
**ATTORNEY FOR PLAINTIFF**